AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original





# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KRISTOPHER CHASE MALILAY,<br><br>Defendant | Case No. 2:25-MJ-03488-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2, 2025, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1791(a)(2) | Possessing Contraband in Prison |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Michael Brown
*Complainant's signature*

Michael Brown, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 6/6/25

*Judge's signature*

City and state: Los Angeles, California

Hon. A. Joel Richlin, U.S. Magistrate Judge
*Printed name and title*

AUSAs: Christopher C. Kendall (x2576) and Patrick Castañeda (x0637)

**AFFIDAVIT**

I, Michael Brown, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against KRISTOPHER CHASE MALILAY ("MALILAY") for a violation of 18 U.S.C. § 1791(a)(2): Possessing Contraband in Prison.

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent with the United States Department of Justice, appointed by the Executive Office for the United States Attorneys, and have been so employed since September 2024. I am currently assigned to the United States Attorney's Office (USAO), Central District of California, Criminal Investigative Division, and I am responsible for conducting federal criminal investigations of a variety of offenses. Preceding this position, I served as a Special Agent with the Federal Bureau of Investigation, Los Angeles Field Office, since

October 2006. The majority of my service at the FBI was centered around working criminal enterprise investigations targeting violent street gangs across South Los Angeles most commonly involved in the possession with intent to distribute, and distribution of controlled substances; firearms violations; racketeering ("RICO"/"VICAR") offenses; as well as the conspiracies associated with these offenses.

    a. I have completed academic research in the area of narcotics, criminal organizations, and criminal theory. I earned both a bachelor's and master's degree in criminal justice, which among other related courses, included studies of gang subculture and investigation, organized crime, criminal profiling, as well as social and biological psychology, and received additional basic gang and drug training at the FBI Academy.

    b. Since graduating from the FBI academy, I have attended other training events and conducted further research into gangs and drugs, as well as human trafficking and pimping/prostitution, discussed these topics with other experienced Special Agents and Law Enforcement Officers, interviewed numerous gang and drug informants and defendants about gang and drug subcultures.

    c. I have received training in, and am experienced in, the investigation of violations of federal law, including violations of federal drug conspiracy, firearms, racketeering laws. My experience as an FBI Agent investigating these crimes includes, but is not limited to directing and/or participating

in: numerous gang investigations involving the organized distribution of illegal drugs and the commission of violent crimes; several racketeering conspiracy investigations; hundreds of controlled drug/gun purchase operations using an informant; countless physical and electronic surveillances; dozens of probation and parole compliance checks; and over (100) state and federal search and arrest warrants for drug, gun, and racketeering related offenses.

      d. I have also monitored and administered gang/narcotics related Title III wiretap interceptions; requested and reviewed a myriad of government and business records; reviewed countless hours of audio/video recordings and phone conversations of gang members, gun/drug traffickers, and human traffickers; and monitored an abundance of social media accounts of gang members and human traffickers.  Furthermore, I have also supervised and assisted in the supervision of the activities of dozens of informants who have provided information and collected intelligence and evidence which resulted in the successful federal and state prosecution of hundreds of gang and drug offenders.

      e. I have previously been the affiant on multiple federal search warrants and declarations to the court regarding drug, gun, and gang offenders.  I have participated in multiple trials in the Central District of California for narcotics, firearms, RICO and VICAR violations, and provided percipient and

expert testimony in state and federal court regarding criminal enterprises/gangs, and street level firearms and narcotics activity.

### III. SUMMARY OF PROBABLE CAUSE

4.  On June 2, 2025, the corrections staff at Bureau of Prisons ("BOP") Metropolitan Detention Center Los Angeles ("MDC LA") conducted enhanced security screening and area searches in the facility.  During an encounter with Inmate #72921-510, KRISTOPHER CHASE MALILAY,  BOP Corrections Officers detected a concealed object on MALILAY's person, which subsequently field tested positive for amphetamines.

### IV. STATEMENT OF PROBABLE CAUSE

5.  Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

6.  On the morning of June 2, 2025, around 8:30 AM, BOP Corrections Officers at MDC LA were conducting enhanced security screening in the facility.  During an encounter with Inmate MALILAY, BOP Corrections Officers detected an unidentified object tucked into MALILAY's right sock.  Upon further searching of MALILAY, Officers recovered the item which was a bundle-wrapped in plastic.

7.  Officers seized the item and conducted a field test of the item using Narcotic Identification Kit ("NIK") testing procedures.  The item weighed approximately 14.8 grams total package weight and inside the bundle were four smaller bundles

4

containing a yellow-colored substance which field tested positive for amphetamines.

    8.   Officers advised MALILAY of the results of the testing and advised MALILAY of his rights. MALILAY stated, "no comment" and requested no witnesses or staff representative.

### V. CONCLUSION

    9.   For all the reasons described above, there is probable cause to believe that Inmate #72921-510, KRISTOPHER CHASE MALILAY has committed a violation of 18 U.S.C. § 1791(a)(2): Possessing Contraband in Prison.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of June, 2025.

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE